

# NUMBER 13-14-00112-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GLORIA RODRIGUEZ,                                         **Appellant,**

**v.**

JOSE MANUEL RODRIGUEZ SR.,                       **Appellee.**

### On appeal from 24th District Court
### of Calhoun County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellee, Jose Manuel Rodriguez Sr., has filed a motion to remand this case to the trial court. According to the motion to remand, the parties have successfully compromised their differences and entered into a mediated settlement agreement; however, appellant Gloria Rodriguez has failed to file a motion to remand this appeal to the trial court for rendition of judgment in accordance with the settlement agreement as

the parties had agreed. The mediated settlement agreement, signed by the parties, is attached to the motion to remand. More than ten days have passed since appellee has filed the motion to remand, and appellant has not filed a response or opposition to the motion to remand. *See* TEX. R. APP. P. 10.3.

In accordance with an agreement signed by the parties or their attorneys and filed with the clerk, an appellate court may set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. *See id.* R. 42.1(a)(2)(B). Accordingly, we GRANT the motion to remand, set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for further proceedings. *See id.* In accordance with the agreement of the parties as filed with this Court, each party will bear his or her own costs. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
24th day of July, 2014.

2